UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Wingster,

                        Plaintiff,                      **ORDER**

      -against-                           17 Civ. 4678 (AEK)

Fingeroth,

                       Defendant.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      As a result of movement in the comprehensive trial calendar for the White Plains courthouse for the week of March 15, 2021, this case is no longer on "backup" status, and is now scheduled to proceed to trial beginning with jury selection on **Monday, March 15, 2021**. All pretrial deadlines set at the December 29, 2020 status conference remain in place: (i) all pretrial submissions are due Friday, January 29, 2021, and the parties are reminded to review the entirety of Section 6 of the undersigned's Individual Practices for a list of all pretrial submission requirements; (ii) an in-person status conference is scheduled for Thursday, February 25, 2021 at 10:00 a.m. at the White Plains Courthouse, 300 Quarropas Street, White Plains, NY 10601; and (iii) the parties must submit a joint letter on or before Tuesday, February 23, 2021 outlining any issues they would like to address at the final pretrial conference.

Dated: January 26, 2021
       White Plains, New York

                                             **SO ORDERED.**

                                             ANDREW E. KRAUSE
                                             United States Magistrate Judge